**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLAS DIFLORIO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 11-4405** |
| **SCOTT KLECKNER**, *et al*. | : | |

## ORDER

**AND NOW**, this 6th day of March, 2012, upon consideration of Defendant Aramark Sports, LLC's ("Aramark") Motion for Summary Judgment (Document No. 18), the plaintiff's response and the defendant's reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks judgment in favor of the defendant Aramark on the plaintiff's discrimination claim under the Age Discrimination in Employment Act of 1967, as amended, it is **GRANTED**;

2. To the extent the motion seeks judgment in favor of the defendant Aramark on the plaintiff's retaliation claim, it is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.